Certificate Number: 16339-PAE-DE-025934742

Bankruptcy Case Number: 15-10960



16339-PAE-DE-025934742

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 25, 2015, at 12:56 o'clock PM EDT, Celeste Starankovic completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 25, 2015

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor

Certificate Number: 16339-PAE-DE-025934741

Bankruptcy Case Number: 15-10960



16339-PAE-DE-025934741

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 25, 2015, at 12:56 o'clock PM EDT, Robert e. Starankovic completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 25, 2015

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor