United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-10960-amc
Robert E. Starankovic, Jr.                                                Chapter 13
Celeste M Starankovic
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore          Page 1 of 2               Date Rcvd: Mar 18, 2020
                             Form ID: 138NEW          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
```
db/jdb         +Robert E. Starankovic, Jr.,    Celeste M Starankovic,    1606 Earlington Road,
                 Havertown, PA 19083-2517
cr              City of philadelphia,    c/o Marissa M. O'Connell, Esquire,    Fifth Flooor,
                 Philadelphia, PA   19102
cr             +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
13475850       +Barclays Bank Delaware,    Attn: Bankruptcy,   P.O. Box 8801,    Wilmington, DE 19899-8801
13562669      ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,   ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
               (address filed with court:   Citizens Bank,    443 Jefferson Blvd,    RJW 135,   Warwick RI 02886)
13475867      ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,   ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
               (address filed with court:   RBS Citizens Cc,    Attn: Bankruptcy Department,
                 443 Jefferson Blvd MS: RJW-135,    Warwick, RI 02886)
13534243       +Cavalry SPVI LLC assignee Capital One Bank USA, NA,    Bass Associates PC,
                 3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
13475855       +Citibank,    Citicorp Credit Services/Attn: Centraliz,    PO Box 790040,
                 Saint Louis, MO 63179-0040
13516899        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13475860       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13475861       +Experian,    Profile Maintenance,   P.O. Box 9558,    Allen, Texas 75013-9558
13475864        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13553707       +PNC Bank, National Association,    Attn: Bankruptcy Department,    3232 Newmark Department,
                 Miamisburg, OH 45342-5421
13475865       +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
13475866       +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
13475869       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
13488072        Wells Fargo Bank, N.A.,    P.O. Box 19657,   Irvine, CA 92623-9657
13475870       +Wfs Financial/Wachovia Dealer Srvs,    PO Box 3569,    Rancho Cucamonga, CA 91729-3569
13914422        eCAST Settlement Corporation,    PO Box 29262,   New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:34     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:21:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 19 2020 04:22:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:16:53     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13529204       +E-mail/Text: bncmail@w-legal.com Mar 19 2020 04:22:12     CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13562669        E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 19 2020 04:21:25     Citizens Bank,
                 443 Jefferson Blvd,   RJW 135,   Warwick RI 02886
13475867        E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 19 2020 04:21:25     RBS Citizens Cc,
                 Attn: Bankruptcy Department,   443 Jefferson Blvd MS: RJW-135,    Warwick, RI 02886
13475856        E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:34     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13475857        E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:34     City of Philadelphia,
                 Bankruptcy Unit,   15th Floor,   1515 Arch Street,    Philadelphai, PA 19102
13475851       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2020 04:17:15      Capital One, N.a.,
                 Capital One Bank (USA) N.A.,   PO Box 30285,    Salt Lake City, UT 84130-0285
13475853       +E-mail/Text: ecf@ccpclaw.com Mar 19 2020 04:21:25     Cibik and Cataldo, P.C.,
                 1500 Walnut St., Suite 900,   Philadelphia, PA 19102-3518
13475858       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 19 2020 04:21:38
                 Comenity Bank/Ann Taylor Loft,   Attention: Bankruptcy,    PO Box 182125,
                 Columbus, OH 43218-2125
13475859        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:21:51
                 Commonwealth of PA-Dept. of Revenue,    Bureau of Compliance,   Dept. 280946,
                 Harrisburg, PA 17128-0946
13475862        E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 19 2020 04:21:31     I.R.S.,   P.O. Box 7346,
                 Philadelphia, PA   19101-7346
13475852        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 19 2020 04:16:35      Chase Card,
                 Po Box 15298,   Wilmington, DE 19850
```

```
District/off: 0313-2           User: JEGilmore            Page 2 of 2                   Date Rcvd: Mar 18, 2020
                               Form ID: 138NEW            Total Noticed: 37
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13545252         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:16:37
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13527133         E-mail/Text: bnc-quantum@quantum3group.com Mar 19 2020 04:21:41
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13477693         E-mail/PDF: rmscedi@recoverycorp.com Mar 19 2020 04:17:18
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13475868        +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:16:52     Syncb/toysrusdc,    Po Box 965005,
                  Orlando, FL 32896-5005
                                                                                               TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13475854*       +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
13475863*        I.R.S.,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2020 at the address(es) listed below:

```
              ANDREW F GORNALL    on behalf of Creditor    PNC Bank, National Association
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              MARISSA M. O'CONNELL    on behalf of Creditor    City of philadelphia marissa.o'connell@phila.gov,
               karena.blaylock@phila.gov
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Robert E. Starankovic, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Celeste M Starankovic ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Celeste M Starankovic ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Robert E. Starankovic, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Robert E. Starankovic, Jr. and Celeste
M Starankovic

    Debtor(s)

Bankruptcy No: 15−10960−amc
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 3/18/20