```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
In re:                                                         Case No. 15-10960-amc
Robert E. Starankovic, Jr.                                     Chapter 13
Celeste M Starankovic
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore             Page 1 of 2                   Date Rcvd: Jun 02, 2020
                              Form ID: 3180W              Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2020.
db/jdb         +Robert E. Starankovic, Jr.,    Celeste M Starankovic,    1606 Earlington Road,
                 Havertown, PA 19083-2517
13534243       +Cavalry SPVI LLC assignee Capital One Bank USA, NA,    Bass Associates PC,
                 3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
13475864        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13553707       +PNC Bank, National Association,    Attn: Bankruptcy Department,    3232 Newmark Department,
                 Miamisburg, OH 45342-5421
13475866       +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 03 2020 03:01:49     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 03 2020 03:01:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 03 2020 03:01:39     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13529204       +E-mail/Text: bncmail@w-legal.com Jun 03 2020 03:01:35       CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13562669        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 03 2020 03:01:11      Citizens Bank,
                 443 Jefferson Blvd,    RJW 135,   Warwick RI 02886
13475856        E-mail/Text: megan.harper@phila.gov Jun 03 2020 03:01:49     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13516899        EDI: ECAST.COM Jun 03 2020 06:53:00      ECAST SETTLEMENT CORPORATION, ASSIGNEE,
                 OF CITIBANK, N.A.,    POB 29262,    NEW YORK, NY 10087-9262
13475862        EDI: IRS.COM Jun 03 2020 06:53:00      I.R.S.,    P.O. Box 7346,   Philadelphia, PA  19101-7346
13545252        EDI: PRA.COM Jun 03 2020 06:53:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13527133        EDI: Q3G.COM Jun 03 2020 06:53:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
13488072        EDI: WFFC.COM Jun 03 2020 06:53:00      Wells Fargo Bank, N.A.,    P.O. Box 19657,
                 Irvine, CA 92623-9657
13914422        EDI: ECAST.COM Jun 03 2020 06:53:00      eCAST Settlement Corporation,    PO Box 29262,
                 New York NY 10087-9262
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    PNC Bank, National Association
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              MARISSA M. O'CONNELL    on behalf of Creditor    City of philadelphia marissa.o'connell@phila.gov,
               karena.blaylock@phila.gov
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2                   Date Rcvd: Jun 02, 2020
                              Form ID: 3180W             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          MICHAEL A. CATALDO2    on behalf of Debtor Robert E. Starankovic, Jr. ecf@ccpclaw.com, igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2    on behalf of Joint Debtor Celeste M Starankovic ecf@ccpclaw.com, igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Joint Debtor Celeste M Starankovic ecf@ccpclaw.com, igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Robert E. Starankovic, Jr. ecf@ccpclaw.com, igotnotices@ccpclaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer Services, Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                                              TOTAL: 14

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert E. Starankovic Jr.** | Social Security number or ITIN  **xxx–xx–0927** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Celeste M Starankovic** | Social Security number or ITIN  **xxx–xx–4161** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **15–10960–amc** | | |

# Order of Discharge                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert E. Starankovic Jr.                                     Celeste M Starankovic

6/1/20                                          **By the court:**    Ashely M. Chan
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**