```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                         Case No. 15-10960-amc
Robert E. Starankovic, Jr.                                     Chapter 13
Celeste M Starankovic
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Jun 05, 2020
                              Form ID: 195             Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2020.
```
db/jdb         +Robert E. Starankovic, Jr.,    Celeste M Starankovic,   1606 Earlington Road,
                 Havertown, PA 19083-2517
cr              City of philadelphia,    c/o Marissa M. O'Connell, Esquire,    Fifth Flooor,
                 Philadelphia, PA  19102
cr             +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,   1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,   1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:38:34      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2020 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor   PNC Bank, National Association
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
              MARISSA M. O'CONNELL    on behalf of Creditor   City of philadelphia marissa.o'connell@phila.gov,
               karena.blaylock@phila.gov
              MATTEO SAMUEL WEINER    on behalf of Creditor   PNC Bank, National Association
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Robert E. Starankovic, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Celeste M Starankovic ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Robert E. Starankovic, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Celeste M Starankovic ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC Bank, National Association
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
                Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
                Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
                Services, Inc. ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Robert E. Starankovic, Jr. and Celeste M Starankovic          : Case No. 15−10960−amc

      Debtor(s)

***ORDER***
_____

    AND NOW, this day , June 5, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

60
Form 195